IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VINCENT WILLIAMS                                                                                   PETITIONER

vs.                                                                  CIVIL ACTION NO. 3:18cv498-HTW-LGI

WARDEN C. NASH                                                                                RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson, [Docket no. 19], which was entered on December 30, 2020.  The Petitioner did not file any objection to the Magistrate Judge's Report and Recommendation.  Petitioner's mailed copy of the Report and Recommendation was returned as "undeliverable."  Despite the passage of four months, Petitioner has not filed any objection, nor provided any other address to the court.

The Magistrate Judge recommended that the Petition should be dismissed.  This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the Petition should be and hereby is dismissed, and that the findings in the Report and Recommendation **[doc. no. 19]** should be and hereby are **adopted** as this Court's own.   Accordingly, this court dismisses this Petition.  A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED**, this 20th day of April, 2021.

                                                                                    s/ HENRY T. WINGATE
                                                                                    UNITED STATES DISTRICT JUDGE